[No. 17185-0-III.    Division Three.    July 23, 1998.]

INTERSTATE PRODUCTION CREDIT ASSOCIATION, INC., *Appellant,* v. RICHARD JOHNSON, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 95-2-01716-8, Susan L. Hahn, J., entered April 22, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney, J., and Reser, J. Pro Tem.

[No. 21526-8-II.    Division Two.    July 23, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL GLENN SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-00747-3, D. Gary Steiner, J., entered December 10, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 21789-9-II.    Division Two.    July 23, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD D. MEYER, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 94-1-00086-6, Richard A. Strophy, J., entered February 26, 1997. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 22002-4-II.    Division Two.    July 23, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES R. SCOTT, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00010-1, H. John Hall, J., entered May 20, 1997. *Reversed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Armstrong, JJ.